LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Melanie T. Partow (SBN 254843)
E-mail: mpartow@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA  91367
Tel: (818) 347-3333
Fax: (818) 347-4118

LAW OFFICE OF RICARDO PEREZ
Ricardo Perez (SBN 275480)
10919 Lakewood Blvd., Suite 203
Downey, CA 90241
Tel: (562) 862-1700
Fax: (562) 862-1722

LAW OFFICES OF VICKI I. SARMIENTO
A Professional Corporation
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
vsarmiento@vis-law.com
Telephone: (626) 308-1171
Facsimile : (626) 308-1101

Attorneys for PLAINTIFF,
MARCO CONTRERAS

**UNITED STATES DISTRICT COURT FOR THE**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCO CONTRERAS, individually. <br><br> PLAINTIFF, <br><br> vs. <br><br> CITY OF COMPTON, et al., <br><br> DEFENDANTS. | **Case No.:  2:19-cv-00280-GW-FFM** <br><br> [*Hon. GEORGE H. WU* ] <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

**[~~PROPOSED~~] ORDER**

Having reviewed the parties' Stipulation to Dismiss Entire Action With Prejudice, and GOOD CAUSE appearing therefore, the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED, that this action, in its entirety, be dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii). All parties shall bear their own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated: April 17, 2020

*[signature]*
Honorable GEORGE H. WU
United States District Court
Central District of California